UNITED STATES DISTRICT COURT
DISTRICT OF TEXAS

UNITED STATES OF AMERICA,

                        Plaintiff

-v-                  1:19-cv-00251

                        (USDC-EDTX Beaumont)

$377,000.00 U.S. Currency .

                        Defendant

## VERIFIED CLAIM

Daurence Brooks states:

1. I am a person of interest in this case, which has as a subject $377,000.00 U.S. Currency

2. I assert an interest in its entirety in the defendant property of $377,000.00

3. The reason I assert an interest in the defendant property is that I am the true owner of the property subject to the instant complaint.

4. As such no one else has rights to this property except for me.

Signed under the pains and penalties of perjury this 2 Day of Oct. 2019

Daurence E. Brooks